**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LONNIE JOHNSON HARRISON, II,<br><br>Petitioner,<br><br>v.<br><br>THE PEOPLE OF THE UNITED STATES, et al.,<br><br>Respondents. | Case No. 2:25-cv-09576-SVW-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: August 5, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE